

RECEIVED
NOV 1 8 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-cr-153 |
| v. | <u>INDICTMENT</u> |
| MELISSA ANN DAVIS, | T. 18 U.S.C. § 1014 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(False Statement to Financial Institution)**

On or about April 1, 2016, in the Southern District of Iowa, the defendant, MELISSA ANN DAVIS, knowingly made a false statement for the purpose of influencing the action of Collins Community Credit Union, the deposits of which were insured by the National Credit Union Administration, in connection with an application for a vehicle loan, in that MELISSA ANN DAVIS falsely provided a social security number ending in 1596 and belonging to Victim #1, when in truth and in fact, MELISSA ANN DAVIS knew that social security number did not belong to her.

This is a violation of Title 18, United States Code, Section 1014.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (False Statement to Financial Institution)

On or about August 25, 2016, in the Southern District of Iowa, the defendant, MELISSA ANN DAVIS, knowingly made a false statement for the purpose of influencing the action of Veridian Credit Union, the deposits of which were insured by the National Credit Union Administration, in connection with an application for a vehicle loan, in that MELISSA ANN DAVIS falsely provided a social security number ending in 1596 and belonging to Victim #1, when in truth and in fact, MELISSA ANN DAVIS knew that social security number did not belong to her.

This is a violation of Title 18, United States Code, Section 1014.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Ryan W. Leemkuil
Assistant United States Attorney